# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 25, 2008

Charles R. Fulbruge III
Clerk

No. 07-31085
Summary Calendar

KELVIN WELLS

Plaintiff-Appellant

v.

ANN S. WILLIAMS; GINA LIDBERG; JESSICA GRIFFIN; GERLEENE
YOUNG; UNKNOWN DEWITT; CHERYL HAWKINS

Defendants-Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:06-CV-247

Before SMITH, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

Kelvin Wells appeals, pro se, the 5 November 2007 denial of his motion for reconsideration. The denial of such a motion is reviewed for abuse of discretion. E.g., LeClerc v. Webb, 419 F.3d 405, 412 n.13 (5th Cir. 2005) (citation omitted). In his motion, Wells was required to establish either manifest error of law or fact, or to present newly discovered evidence. E.g., Templet v. HydroChem Inc.,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

367 F.3d 473, 479 (5th Cir. 2004) (citation omitted).  Instead, he offered nothing but a conclusory statement of his entitlement to relief.

AFFIRMED.